# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Party,<br><br>    Plaintiff,<br><br>v.<br><br>Gordon Sumner, et al.,<br><br>    Defendants. | No. CV-20-02217-PHX-SRB<br><br>**ORDER** |

After review of the docket, the Court notes that service on Defendant Frontier Booking International, Inc. was made on November 20, 2020. No answer has been filed and no application for entry of default has been made.

IT IS ORDERED that counsel for the Plaintiff file a status report within 7 days of the date of this Order.

IT IS FURTHER ORDERED that the matter will be dismissed as to Defendant Frontier Booking International, Inc. without further notice 7 days from the date of this Order if counsel fails to file a status report.

Dated this 21st day of January, 2021.

_Susan R. Bolton_
Susan R. Bolton
United States District Judge