David Matthew Haynie
Texas Bar No. 24087692
Ashley M. Pileika
New York Bar No. 974605
**FORESTER HAYNIE PLLC**
400 North Saint Paul St., Suite 700
Dallas, TX 75201
P: 214-210-2100 | F: 214-346-5909
matthew@foresterhaynie.com
apileika@foresterhaynie.com

Damon J. Baldone
Louisiana Bar Roll No. 21997
**DAMON J. BALDONE & ASSOCIATES**
162 New Orleans Blvd.
Houma, LA 70364
P: 985-868-3427
F: 985-872-2319
damon@baldonelaw.com

*Attorneys for Plaintiff Jane Doe*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JANE DOE, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>GORDON SUMNER, a/k/a STING, an individual, THE POLICE, FRONTIER BOOKING INTERNATIONAL, INCORPORATED a/k/a FBI, JOHN DOE 1-100, JANE DOE 1-100, and BLACK & WHITE CORPORATIONS 1-100,<br><br>            Defendants. | Case No.: 2:20-cv-02217-SRB<br><br>**PLAINTIFF JANE DOE'S STATUS REPORT CONCERNING DEFENDANT FRONTIER BOOKING, INC.** |

Pursuant to the Court's January 21, 2021 Order (Dkt. No. 8), Plaintiff Jane Doe hereby makes the following report regarding a motion for default judgment against Defendant Frontier Booking International, Inc. ("Frontier").

Plaintiff's complaint alleges she was sexually assaulted by Defendant Gordon Sumner (a/k/a "Sting") after attending a concert featuring *The Police* in Arizona on May 14, 1979. *See* Dkt. No. ¶ 4-6. Before the concert, Plaintiff went to a meet and greet event at a record store in Scottsdale where she met Sting and the band. *Id.* at ¶ 27-28. At the concert, before *The Police* performed, Sting and the other band members walked through the audience and visited with fans; it was there that Sting found Plaintiff and put her on his lap during the opening band. *Id.* at ¶ 31.

Defendant Frontier was the entity and agency responsible for discovering, promoting, managing, and booking events for Sting and *The Police* and booked and managed their tours, including those in 1978-1980. *Id.* at ¶ 17. As such, Frontier owed Plaintiff a duty of reasonable care because they solicited youth for participation in programs, events, and concerts; Frontier promoted its events and programs as being safe for children and encouraged their agents, including Sting, to spend time and interact with underage fans. *Id.* at ¶ 52. Frontier negligently breached their duty to Plaintiff by, including, but not limited to, failing to use ordinary care in determining whether their events were safe for youth attendance and failing to implement policies to protect minors at their events and programs from the predatory sexual behavior of its agents. *Id.* at ¶ 55.

Plaintiff served Frontier on November 20, 2020. After serving Frontier, Plaintiff's counsel received a phone call from Frontier's accountant and an email from Frontier's owner. Frontier's owner indicated the company had limited assets and was not in a financial position to retain an attorney to respond to this lawsuit. As such, Plaintiff intends to develop further clarity about Frontier's solvency before seeking a specific penalty amount from the Court.

Nonetheless, if the Court would like Plaintiff to move for default judgment against Frontier, it is prepared to do so. Plaintiff respectfully requests though that the Court allow it to defer a determination of Frontier's liability until all other defendants have accepted service and appeared before the Court in this matter. If the Court is willing to defer such a determination, the Plaintiff will file its motion for default judgment by February 26, 2021. Otherwise, Plaintiff respectfully requests that the Court provide additional guidance as to how it would like Plaintiff to proceed.

Dated this 28th day of January, 2021.

                Respectfully submitted,

                /s/ Ashley M. Pileika
                Ashley M. Pileika
                New York Bar No. 974605
                David Matthew Haynie
                Texas Bar No. 24087692
                **FORESTER HAYNIE PLLC**

                Damon J. Baldone
                Louisiana Bar Roll No. 21997
                **DAMON J. BALDONE & ASSOCIATES**

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, I electronically transmitted the attached document to the Clerk's Office using the ECF System for e-filing and transmittal of a Notice of Electronic Filing to the ECF registrants on record in this matter. A copy of the attached document has also be sent via first class certified mail to Defendant Frontier Booking International, Inc.'s last known mailing address (1441 Broadway, Suite 5001 New York, NY 10018).

                /s/ Ashley M. Pileika
                Ashley M. Pileika