IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Gordon Sumner, et al.,<br><br>　　　　Defendants. | No. CV-20-02217-PHX-SRB<br><br>**ORDER** |

　　　　On January 21, 2021 the Court asked Plaintiff's counsel to explain why he had not applied for entry of default for Defendant Frontier Booking International which had been served on November 20, 2020 but had not answered or otherwise appeared.  On January 28, 2021 Plaintiff's counsel filed a Status Report explaining why he had not moved for a default judgment against Defendant Frontier along with a lengthy recitation of the facts alleged in the case.  Plaintiff's counsel also advised that he did not want to seek judgment by default against Defendant Frontier seeking a specific amount until he did further investigation into Defendant Frontier's solvency.

　　　　The Court did not inquire about the reasons Plaintiff's counsel had not moved for a default judgment against Defendant Frontier.  It inquired only as to why Plaintiff's counsel had not applied for entry of default.

　　　　IT IS ORDERED that Plaintiff shall apply to the Clerk of Court for entry of default pursuant to Federal Rule of Civil Procedure 55(a) not later than seven days from the date

of this Order. If entry of default is not sought within that time this case will be dismissed without prejudice against Defendant Frontier Booking International without further notice.

Dated this 5th day of February, 2021.

_____
Susan R. Bolton
United States District Judge