# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe, | No. CV-20-02217-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Gordon Sumner, et al., | |
| Defendants. | |

On February 12, 2021, Plaintiff filed a Stipulation and Order Regarding Service of and Response to the Complaint (Doc. 14).

IT IS ORDERED that the Stipulation and Order Regarding Service of and Response to the Complaint will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Section II(G), specifically, subparagraph 1b.

Dated this 16th day of February, 2021.

_____
Susan R. Bolton
United States District Judge